THOMAS D. MORRISSEY AND HARRIET L. MORRISSEY,
APPELLANTS, V. ST. PAUL PROPERTY AND CASUALTY INSURANCE
CO., APPELLEE.

471 N.W.2d 733

Filed July 5, 1991.    No. 89-400.

Rollin R. Bailey, of Bailey, Polsky, Cada, Cope & Wood, for appellants.

Shirley K. Williams, of Knudsen, Berkheimer, Richardson & Endacott, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we find that a question exists as to a material fact or the inference to be drawn therefrom, and accordingly the defendant was not entitled to summary judgment. The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED FOR
FURTHER PROCEEDINGS.